1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

| | |
|---|---|
| HANNAH STORY, | Case No. 1:25-cv-01176-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 8) |
| Defendant. | |

16      Before the Court is the parties' stipulation for an extension of time in which Defendant
17  may file a responsive brief in support of his position of whether the Court should affirm,
18  reverse, or modify a final decision of the Commissioner of Social Security denying Plaintiff's
19  application for Social Security benefits.  42 U.S.C. 405(g).  For good cause shown, the Court
20  approves the stipulation and ORDERS that Defendant shall have through December 12, 2025,
21  to file a responsive brief.  The scheduling order (ECF No. 5) otherwise remains controlling.

22
IT IS SO ORDERED.
23
24  Dated:  **November 6, 2025**
                                    _____
25                                  STANLEY A. BOONE
                                    United States Magistrate Judge
26
27
28