# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH STORY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-01176-JLT-SAB<br><br>ORDER DISCHARGING JANUARY 9, 2026 ORDER TO SHOW CAUSE, ACCEPTING OPENING BRIEF, AND STRIKING BRIEF FILED IN ERROR<br><br>(ECF Nos. 13, 14, 15, 16) |

On January 9, 2026, the Court issued an order to show cause, requiring Plaintiff to show cause in writing why sanctions should not be imposed for failure to file an opening brief in this proceeding regarding a social security review. (ECF No. 13.) On January 12, 2026, Plaintiff timely filed a response to the Court's order along with his opening brief. (ECF No. 15, 16.) Satisfied with the response from Plaintiff, the Court will discharge the order to show cause and accept the opening brief filed by Plaintiff.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court HEREBY DISCHARGES the January 9, 2026 order to show cause. (ECF No. 13.) It appears Plaintiff inadvertently misfiled a brief from another case before then correctly filing, and therefore, the Court STRIKES ECF No. 14. The Court ACCEPTS Plaintiff's opening brief filed on January 12, 2026. (ECF No. 16.)

In light of the forgoing, the Court ORDERS that the Commissioner shall have 30 days from the entry of this order to file a responsive brief. The deadline for a reply shall be governed by the scheduling order. (ECF No. 5.)

IT IS SO ORDERED.

Dated:    **January 12, 2026**    _____
                                   STANLEY A. BOONE
                                   United States Magistrate Judge